orari to the Supreme Court of Oklahoma denied. *Milton Roe Sabin* and *Bertha Florence Sabin, pro se. Solicitor General Fahy* for respondent.

No. 806. MANHEIM ET AL. *v.* MERLE-SMITH ET AL.; and

No. 811. SALOMON *v.* MERLE-SMITH ET AL. February 2, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Louis Connick* and *Hugh L. M. Cole* for petitioners in No. 806. *Solomon G. Salomon, pro se,* in No. 811. *Messrs. William C. Chanler, Chester W. Cuthell, Boykin C. Wright,* and *Clifton Murphy* for respondents.

No. 807. FEINBERG *v.* UNITED STATES. February 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Everett Jennings* and *George D. Sullivan* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 812. CHRISTIAN CORPORATION *v.* VIRGINIA ET AL. February 2, 1942. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. Martin Ashton Hutchinson* for petitioner. *Messrs. Abram P. Staples,* Attorney General of Virginia, *W. W. Martin,* Assistant Attorney General, and *Henry R. Miller, Jr.,* for respondents.

No. 754. HAYES *v.* UNITED STATES. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed